IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daran Cohn, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 2:19-cv-02857-GEKP |
| The Pennsylvania State University, | : |
|     Defendant. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Geoffrey F. Sasso, Esquire, as counsel for Defendant, The Pennsylvania State University, in the above-captioned matter.

**WHITE AND WILLIAMS LLP**

Dated: September 16, 2019     By: _____
Geoffrey F. Sasso (PA ID 202936)
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
215-864-6245
*Attorney for Defendant,*
*The Pennsylvania State University*

23393995v.1