GEKP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARAN COHN, | : | |
| --- | --- | --- |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA STATE UNIV., | : | NO. 19-2857 |
| *Defendant* | : | |

FILED FEB 12 2020
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 12th day of February, 2020, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 5), the Response in Opposition (Doc. No. 17), and the Reply in Support (Doc. No. 20), it is **ORDERED** that the Motion (Doc. No. 5) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's February 12, 2020 Memorandum. Ms. Cohn may file a second amended complaint in an attempt to cure the pleading deficiencies consistent with this Court's accompanying Memorandum by March 5, 2020.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

ENT'D FEB 13 2020